DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DIANE NEAMAN MANN,**
Appellant,

v.

**PNC BANK, NATIONAL ASSOCIATION,**
Appellee.

No. 4D17-3111

[November 8, 2018]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Roger B. Colton, Judge; L.T. Case No. 2016-CA-001716.

Amanda L. Mollica, Kendrick Almaguer and Ekene O.M. Obi, of The Ticktin Law Group, P.A., Deerfield Beach, for appellant.

N. Mark New, II, Kimberly Held Israel, William L. Grimsley of McGlinchey Stafford, Jacksonville, for appellee.

PER CURIAM.

*Affirmed.*

GERBER, C.J., WARNER and FORST, JJ., concur.

\* \* \*

*Not final until disposition of timely filed motion for rehearing.*